# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01411-REB

CHARLES W. BRANDON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Affirming Commissioner** [#38] entered by Judge Robert E. Blackburn on September 14, 2015, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **AFFIRMED**;

DATED at Denver, Colorado, this 14th day of September, 2015.

                FOR THE COURT:

                Jeffrey P. Colwell, Clerk

                By: s/ Kathleen Finney
                      Kathleen Finney
                      Deputy Clerk